UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **DELONTA A. REEVES,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **DAVID L. LEARY,** | : | and §841(b)(1)(D) |
| **Defendants.** | : | (Unlawful Distribution of Cannabis); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about March 28, 2006, within the District of Columbia, **DELONTA A. REEVES and**

**DAVID L. LEARY,** did unlawfully, knowingly and intentionally distribute a mixture and substance

containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled

substance.

(**Unlawful Distribution of Cannabis and Aiding and Abetting**, in violation of Title 21,
United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code,
Section 2)

## COUNT TWO

On or about March 28, 2006, within the District of Columbia, **DELONTA A. REEVES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT THREE

On or about March 28, 2006, within the District of Columbia, **DELONTA A. REEVES**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FOUR

On or about March 28, 2006, within the District of Columbia, **DELONTA A. REEVES**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One, Two and Three of this Indictment which is incorporated herein, a firearm, that is, a Ruger 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## <u>COUNT FIVE</u>

On or about March 28, 2006, within the District of Columbia, **DELONTA A. REEVES**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of Ecstasy, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.