```
                           IN THE
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

                           * * *
```

**UNITED STATES OF AMERICA**       )
                                   )
       **Plaintiff;**     )
                                   )
       **v.**              ) CR NO 06-114-02 (JDB)
                                   )
                                   )
**DAVID L. LEARY,**                )
                                   )
       **Defendant.**      )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

```
                    Respectfully submitted,

                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER


                           /S/
                    By:_____
                    LARA G. QUINT
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500
```

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 8TH day of May, 2006.

```
                           /s/
                    By:_____
                    LARA G. QUINT
```