**DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY**

David L. Leary
_____
Name

FILED CR06-114-02
_____
Docket number

JUN 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

554-466
_____
PDID number

# NEW DIRECTIONS INTENSIVE DRUG TREATMENT & SUPERVISION PROGRAM CONTRACT

I agree to enter the New Directions Program as a condition of my pretrial release. I will receive detoxification, early intervention, outpatient, intensive outpatient, short- and long-term residential/inpatient treatment and/or referrals to other agencies, as my substance abuse needs require. As a part of my treatment, I will submit to all random or scheduled drug testing.

On my scheduled drug testing day, I will report to ☒ 500 Indiana Avenue NW, Room # C-220, Drug Testing Compliance Unit (DTCU) or to ☐ 633 Indiana Avenue NW, Room # 981, DTCU Satellite Office, to submit my sample for testing. I must call _____ for my test results between the hours of 12:30 p.m. and 8:30 p.m. on the day of my drug test or before 10:00 a.m. on the morning following my test day. If I fail to appear for a drug test, test positive, fail to submit a sample, submit a liquid-loaded sample, submit a sample insufficient for testing, attempt to submit or submit a bogus sample, or fail to follow any Program requirement, I must contact the New Directions Program by 10:00 a.m. the next business day to receive notification and/or confirmation of the sanction for which I am eligible. I must be prepared to complete a sanction (e.g., attend a sanction group) on the day following my infraction unless I am directed to do otherwise by Program staff. If I fail to report for and complete any sanction, the New Directions Program will request a show cause hearing. At that show cause hearing, I will be represented by my attorney or, if he or she is not available, by an attorney appointed by the Court as a substitute.

In return for the benefits of the treatment, I agree to the following sanctions, if I am found to have violated any drug-testing requirement:

| | |
|---|---|
| 1st Infraction: | Reorientation |
| 2nd Infraction: | 2 Redirection Groups |
| 3rd and Subsequent Infractions: | Enhanced Treatment or Discharge |

In addition to or instead of the above responses, Program staff may refer me to more intensive treatment alternatives whenever clinically appropriate. If I attempt to submit or submit a bogus sample, a show cause hearing will be requested, at which time, the Court has the discretion to discharge me from the Program. In addition to not being promoted to the next phase of treatment for drug testing infractions, I will be sanctioned (administratively) for reporting/attendance violations. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, or absence from group therapy or any other treatment activity in order to progress through the Program's phases of treatment. I also agree to

1

attend additional group therapy sessions or to complete prescribed treatment activities to make up for my non-attendance. I agree to attend/complete those sessions/activities at a time different from my originally scheduled group session or treatment activity. In some circumstances, Program staff or the Court may require me to attend additional groups, self help meetings, detoxification, short- or long-term residential/inpatient treatment, or may refer me for further appropriate assessments and treatment.

If I fail to appear for a show cause hearing, a bench warrant will be issued for my arrest. I am also subject to additional penalties for failure to appear for any scheduled court appearance. I also understand that I must comply with all other court-ordered conditions of release while participating in drug treatment.

If I am in violation of any of my conditions of release, the Court may discharge me from the Program, and I may be held in contempt of court or my conditions of release may be revoked. My conditions of release are a court order, not just a contract. Violations of the law or violations of my conditions of release subject me to penalties under the D.C. Code.

I have discussed the New Directions Program and other legal options available to me with a Pretrial Services Agency representative and with my attorney, and I willingly agree to enter the Program.

_____  6/28/06
**Defendant's Signature**                Date

_____  6/28/06
**Defense Counsel's Signature**          Date

_____  6/28/06
**Program Representative's Signature**   Date

2