UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Number: 06-114--02 (JDB) |
| v. | : |
| | : VIOLATIONS: 21 U.S.C. §841(a)(1) and 841(b)(1)(D) |
| DAVID L. LEARY | : (Unlawful Distribution of Cannabis); |
| | : 48 D.C. Code §904.01(a)(1) (Unlawful Distribution of Marijuana) |

## SUPERCEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about March 28, 2006, within the District of Columbia, **DAVID L. LEARY**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule 1 controlled substance.

(**Unlawful Distribution of Cannabis**, in violation of Title 21, United States Code, Section 841 (a)(1) and 841 (b)(1)(D))

## COUNT TWO

On or about March 28, 2006, within the District of Columbia, **David L. Leary**, did unlawfully, knowingly, and intentionally distribute a quantity of marijuana, a schedule III controlled substance.

(**Unlawful Distribution of Marijuana**, in violation of 48 D.C. Code, Section 904.01(a)(1))

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____
Denise M. Clark
D.C. Bar # 479149
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8213