CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
 )
  vs.   )  Criminal Case No. 06-114-2
   )
DAVID LEARY   )

**FILED**

JUL 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

  With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____  Date: _7/21/06_
Judge John D. Bates