CR: 06-114-02

**FILED**

JUL 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

