# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)
| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DAVID L. LEARY<br><br>DOB: [redacted]  PDID# [redacted] | DOCKET NO: 06-114-2  MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**FILED**<br>AUG 11 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Distribution of Marijuana

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 48 DC Code 904.01(a)(1)

**BAIL FIXED BY COURT:**

**OTHER CONDITIONS OF RELEASE:**

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| Judge John D. Bates | Judge John D. Bates | August 9, 2006 |

| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
|---|---|---|
| Nancy Mayer-Whittington | [signature] | August 9, 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 8-9-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 8-11-06 | Sean McLeod  SDUSM | [signature] |