FILED

DEC 12 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs. **LEARY, David**

Docket No.: **CR 06-114-02**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a modification in Mr. Leary's conditions to include a stay at the Sanction Center located at Hope Village for a period of up to 90 days, to address compliance and drug treatment.

ORDER OF COURT

Considered and ordered this ___7th___ day of __December__, 2006.

_____
John D. Bates
United States District Judge